UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SAM E. BUHROW,                                              Case No. :6:11-cv-78-ORL-28-DAB
    Plaintiff,

vs.

WELTMAN, WEINBERG & REIS CO., L.P.A.,
    an Ohio professional corporation,

and

JOHN and JANE DOES I - V,
    Defendant(s)                                        /
_____/

### NOTICE OF VOLUNTARY DISMISSAL *WITH PREJUDICE*

COMES NOW the Plaintiff, SAM E. BUHROW, ("Plaintiff") by and through his undersigned attorneys and hereby request that the Court dismiss his action against Defendants *with prejudice*.

Dated : March 8, 2010.

        /s/ Donald E. Petersen_____
        DONALD E. PETERSEN

        Law Office of Donald E. Petersen
        Post   Office   Box   1948
        Orlando, FL  32802-1948
        Voice :     (407) 648-9050
        E.C.F. (Only) : depecf@cfl.rr.com
        Email : petersen221@yahoo.com
        F.B.N.           0776238

ATTORNEY FOR PLAINTIFF
SAM E. BUHROW

## CERTIFICATE REGARDING SERVICE

    I hereby certify that none of the defendants have entered an appearance pro se or through counsel.   So, there are not any ECF or non-ECF recipients in this case other than undersigned counsel.

/s/ Donald E. Petersen
DONALD E. PETERSEN

2