**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SAM E. BUHROW,**

        **Plaintiff,**

-vs-                                            **Case No.  6:11-cv-78-Orl-28DAB**

**WELTMAN, WEINBERG & REIS CO.,**
**LPA,  JOHN AND JANE DOES (1-5),**

        **Defendants.**
_____

**ORDER OF DISMISSAL WITH PREJUDICE**

Upon consideration of the Notice of Voluntary Dismissal with Prejudice (Doc. No. 7), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice.  All pending motions are **DENIED** as moot.  The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 11th day of March, 2011.

*[signature]*
JOHN ANTOON II
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party